IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAURICE L. MOORE, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv509 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM OPINION AND ORDER REGARDING VENUE

Maurice L. Moore, Jr., an inmate confined in the Terrell Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

Petitioner states that in 2018, he was convicted of aggravated assault with a deadly weapon in the 300th District Court of Brazoria County, Texas. He was sentenced to 25 years of imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Brazoria County, Texas. Pursuant to 28 U.S.C. § 124, Brazoria County is in the Galveston Division of the Southern District of Texas. As all records and witnesses involving this action may be located in the Southern District, the transfer of this action to such district would further justice.

For the reasons set forth above, it is **ORDERED** that this case is **TRANSFERRED** to the Galveston Division of the United States District Court for the Southern District of Texas.

**SIGNED this the 23rd day of December, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE